**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

```
                                    )
                                    )
                                    )
                                    )
                    Plaintiff,      )
                                    )    APPLICATION FOR LEAVE TO PROCEED
           v.                       )         IN FORMA PAUPERIS
                                    )    AND AFFIDAVIT/DECLARATION IN SUPPORT
                                    )
                                    )
                                    )
                                    )
                                    )
                                    )
                    Defendant(s)    )
```

I, _____, request leave of Court to proceed in the above-entitled action without prepayment of fees and costs or giving security therefor.  In support of this request, I state that I am unable to pay such costs or give security therefor and that I believe that I am entitled to redress.  The nature of this action is _____

_____

_____.

I understand that any false statement or answer to any question in this application may subject me to the penalties for perjury.

1. Are you presently employed?   Yes ___   No ___
   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.

   _____

   _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.

   _____

   _____

2. Is your spouse presently employed?  Yes ___   No ___   No spouse ___
   a. If the answer is yes, state the amount of spouse's salary or wages per month, and give the name and address of spouse's employer.

   _____

   _____

   b. If the answer is no, state the date of last employment and the amount of salary and wages per month which your spouse received.

   _____

   _____

3. Have you received within the past twelve months any money from any of the following sources:

    a. Business, profession, or form of self-employment?    Yes\_\_\_No\_\_\_

    b. Rent payments, interest, or dividends?    Yes\_\_\_No\_\_\_

    c. Pensions, annuities, or insurance?    Yes\_\_\_No\_\_\_

    d. Social Security, SSI or disability?    Yes\_\_\_No\_\_\_

    e. Workers' Compensation or Unemployment?    Yes\_\_\_No\_\_\_

    f. Child support?    Yes\_\_\_No\_\_\_

    g. AFDC, WIC or Food Stamps?    Yes\_\_\_No\_\_\_

    h. Gifts or inheritances?    Yes\_\_\_No\_\_\_

    i. Any other sources?    Yes\_\_\_No\_\_\_

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

_____

_____

_____

_____

_____

4. Has your spouse received within the past twelve months any money from any of the sources listed in question No. 3?

    Yes \_\_\_\_ No \_\_\_\_ No spouse \_\_\_\_

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

_____

_____

_____

5. Do you and your spouse, if any, own any cash, or have money in a checking, savings, or any other financial account?

    Yes \_\_\_\_ No \_\_\_\_

If the answer is yes, state the total value of the items owned.

_____

_____

-2-

6. Do you and your spouse, if any, own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

Yes _____ No _____

If the answer is yes, describe the property and state its approximate value.

_____

_____

_____

_____

7. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

_____

_____

_____

_____

_____

8. List your debts, obligations, and creditors, including banks, loan companies, charge accounts, and monthly bills.

| Creditor | Total Debt | Monthly Payment |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.    _____
                    (Date)                        (Signature of Plaintiff)

-3-